IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAR 25 2008
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

UNITED STATES OF AMERICA,

    PLAINTIFF,

vs.      Civil No. 08-3005

JANETH S. ROGERS,
aka JANETH S. SUMP,

    DEFENDANT.

## DEFAULT JUDGMENT

The Complaint in the above-entitled action was filed in this Court on January 15, 2008, and after due service of process on the defendant according to law, no appearance, answer or other defense has been served or filed on behalf of the defendant. Default was duly entered as to the defendant on March 13, 2008.

This suit arose from three debts incurred by the defendant, Janeth S. Rogers, aka Janeth S. Sump, for various student loans insured by the Department of Education.

By reason of this default, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the plaintiff, United States of America, recover from the defendant $44,243.04 with interest from the date of judgment at the legal rate of 1.35 percent computed daily and compounded annually pursuant to 28 U.S.C. § 1961(a) and (b) until paid in full. This judgment amount includes filing fees pursuant to 28 U.S.C. § 1914(a), and docket fees pursuant to 28 U.S.C. § 1923.

DATE: 3/25/08

                                              HONORABLE JIMM LARRY HENDREN
                                              CHIEF U. S. DISTRICT COURT JUDGE